Dagmar Faye, defendant in error, v. E. J. Groenwald, plaintiff in error. Gen. No. 32,599.

Opinion filed December 19, 1928.

Leesman, Roemer & Schnell, for plaintiff in error. Thomas J. Finnegan, for defendant in error.

Mr. Justice Ryner delivered the opinion of the court.

General Highways System, Inc., appellant, v. Paul Polka and Martin Polka, trading as Polka Brothers, appellees. Gen. No. 32,648.

Opinion filed December 19, 1928.

Benjamin Levering and Elmer H. Heitmann, for appellant. Guerine & Brust, for appellees; Guy C. Guerine, of counsel.

Mr. Justice Ryner delivered the opinion of the court.

Concordia Building Loan & Homestead Association of Englewood, Illinois, et al., appellees, v. Arthur J. Brinkruff et al., on appeal of General Acceptance Company, intervening petitioner, appellant. Gen. No. 32,670.

Opinion filed December 19, 1928.

Harry J. Rosenzweig, for appellant; A. S. Frankenstein, of counsel. Rathje, Wesemann, Hinckley & Barnard, for appellees.

Mr. Justice Ryner delivered the opinion of the court.

Josephine Weitzel, appellee, v. Louis Frkonja, appellant. Gen. No. 32,692.

Opinion filed December 19, 1928.

John A. Zvetina and Henry Pollezy, for appellant. Edmund J. Cross and John G. E. Puerkel, for appellee.

Mr. Justice Ryner delivered the opinion of the court.